UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMANTHA SKINDELL, | CASE NO. C22-5110 MJP |
| Petitioner, | ORDER TO SHOW CAUSE |
| v. | |
| JUSTIN ROBERT SKINDELL, | |
| Respondent. | |

This matter comes before the Court on the Verified Complaint and Petition filed by Petitioner Samantha Skindell. (Dkt. No. 1.) Having reviewed the Verified Complaint and Petition and pursuant to 22 U.S.C. § 9004(a), the Court:

(1) PROVISIONALLY ORDERS Respondent Justin Robert Skindell not to remove the minor child, S.S., before a final disposition of the Petition and to make the child available for daily communication via the internet and telephone with Petitioner pending a final resolution of the Petition;

(2) ORDERS Respondent and Petitioner to APPEAR before the Court on Friday, March 5, 2022 at 10:00 AM remotely via videoconference—with the details to be provided later by the Court;

(3) ORDERS Respondent to SHOW CAUSE during the March 5 hearing as to why the Court should not continue its Provisional Order preventing the removal of the child and requiring the child be available for daily communication with Petitioner pending a final resolution of the Petition, and whether Respondent should be ordered to surrender any passport, residency and/or travel documents in his, Petitioner's and/or the child's name; and

(4) ORDERS the Parties to be prepared at the March 5 hearing to discuss entry of a case schedule to expedite a preliminary hearing on the merits of the Petition, a trial on the merits, and all other necessary case deadlines.

If Respondent fails to appear at the Hearing on this Order, the Court may issue an Order directing that the name of the minor child be entered into the National Crime Information Center computer system missing persons section and that an arrest warrant be issued for Respondent Justin Robert Skindell.

Petitioner is ORDERED to serve a copy of this Order on Respondent. And as soon as practicable, Petitioner is further ORDERED to file a proof of service that she has properly served Respondent with a copy of this Order, the Petition, and Summons.

The clerk is ordered to provide copies of this order to all counsel.

Dated February 25, 2022.

Marsha J. Pechman
United States Senior District Judge