UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMANTHA SKINDELL,<br><br>                Petitioner,<br><br>        v.<br><br>JUSTIN ROBERT SKINDELL,<br><br>                Respondent. | CASE NO. C22-5110 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

At the hearing held on March 4, 2022 on the Order Show Cause (Dkt. No. 7), the Court provided the Parties with several directives, which are summarized in this Minute Order. First, the Court ORDERED Respondent Justin Robert Skindell to turn in his passport and the passport of his minor child, S.S., to the United States District Court Clerk's Office at 1717 Pacific Avenue, Room 3100, Tacoma, Washington 98402, by no later than 3:00 PM on March 7, 2022. Second, the Court ORDERED Respondent not to take the child, S.S., outside of the Western

District of Washington for the duration of this dispute. Third, the Court ORDERED Respondent to ensure that Petitioner and the child, S.S., have daily contact at a time and manner that is convenient to both Parties, be that by telephone or videoconference, for the duration of this dispute. The visits are to last for at least as long as the child wishes to engage in the call/videoconference. Fourth, the Court ORDERED the Parties to meet and confer to discuss and attempt to agree on: (1) an expedited discovery and case schedule; (2) the Parties' preferred forum and format for presenting evidence (e.g., Zoom, in person, affidavits, etc.); (3) a trial or evidentiary hearing date, preferably within the next six weeks; and (4) the format for a trial or evidentiary hearing, including the amount of time needed for such a trial or hearing. As part of the meet and confer, counsel were further ORDERED to discuss the viability of mediation. Fifth, the Court ORDERED the Parties to submit by Wednesday March 9, 2022 a joint status report detailing the results of their meet and confer efforts and their responses to the Court's queries for the meet and confer.

The clerk is ordered to provide copies of this order to all counsel.

Filed March 4, 2022.

Ravi Subramanian
Clerk of Court

s/Serge Bodnarchuk
Deputy Clerk