UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMANTHA SKINDELL, | CASE NO. C22-5110 MJP |
| Petitioner, | CASE SCHEDULING ORDER |
| v. | |
| JUSTIN ROBERT SKINDELL, | |
| Respondent. | |

Having considered the Parties' Joint Status Report (Dkt. No. 13), the Court sets the following trial date and case deadlines:

| Event | Deadline |
|---|---|
| Bench Trial Date | May 4, 2022 at 9:00 AM to be held remotely on the ZoomGov platform |
| Respondent's Answer to the Petition due by | March 11, 2022 |
| Both Parties must serve all written discovery requests by no later than | March 11, 2022 |

CASE SCHEDULING ORDER - 1

| Responses to any written discovery due by no later than | March 25, 2022 |
|---|---|
| Disclosure of Trial Witnesses due by: | April 1, 2022 |
| Completion of all depositions (via Zoom) by no later than | April 8, 2022 |
| Parties must exchange trial exhibits by no later than | April 11, 2022 |
| Agreed Pretrial Order (which need only contain the witness lists and list of trial exhibits) and Trial Briefs due by | April 18, 2022 |
| Proposed Findings of Fact and Conclusions of Law due by | April 20, 2022 |
| Pretrial Conference | April 25, 2022 at 10:00 AM to be held remotely on the ZoomGov platform |
| Trial Length | 5 days |

These dates are set at the direction of the Court after reviewing the Joint Status Report submitted by the parties. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties.

The Court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause. If the trial date assigned to this matter creates an irreconcilable conflict, counsel must notify the Deputy Clerk, Grant Cogswell, in writing within 10 days of the date of this Order and must set forth the exact nature of the conflict. A failure to do so will be deemed a waiver.

Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

**COOPERATION:**

As required by CR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are further directed to cooperate in preparing the agreed pretrial order.

**EXHIBITS:**

The original and one copy of the trial exhibits are to be delivered to chambers four days before the trial date. Each exhibit shall be clearly marked. Exhibit tags are available in the Clerk's Office. The Court hereby alters the CR 16.1 procedure for numbering exhibits: Petitioner's exhibits shall be numbered consecutively beginning with 1; Respondent's exhibits shall be numbered consecutively beginning with the next number series not used by Petitioner.

Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it. Each set of exhibits shall be submitted in individual file folders with appropriately numbered tabs.

**SETTLEMENT:**

Should this case settle, counsel shall notify Grant Cogswell as soon as possible at 206−370−8518. Pursuant to GR 3(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

The clerk is ordered to provide copies of this order to all counsel.

Dated March 9, 2022.

Marsha J. Pechman
United States Senior District Judge