UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMANTHA SKINDELL,<br><br>**Petitioner**,<br><br>v.<br><br>JUSTIN ROBERT SKINDELL,<br><br>**Respondent**. | No. 3:22-cv-05110-MJP<br><br>JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND ORDER |

NOW COMES PETITIONER, SAMANTHA SKINDELL, and RESPONDENT, JUSTIN ROBERT SKINDELL by and through their respective attorneys, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, respectfully and jointly submit this Stipulation of Dismissal of this action without prejudice, each party to bear his/her own costs and fees. The parties request that the Clerk of Court now close this case and all United States passports be returned to the Respondent.

Dated March 29, 2022.

| | |
|---|---|
| Law Offices of O. Yale Lewis III<br>O. Yale Lewis III<br>WSBA #33768<br>11515 36th Avenue NE<br>Seattle, WA 98125 | s/ O. Yale Lewis III<br>O. Yale Lewis III |

Joint Stipulation and Order

- PAGE 1 OF 2

**Law Offices of O. Yale Lewis III**
*11515 36th Ave. NE*
*Seattle, WA  98125*
*Tel: (206) 223-0840*
*Fax: (206) 260-1420*
*E-Mail: yale@yalelewislaw.com*
*E-Mail: admin@yalelewislaw.com*

Phone (206) 223-0840
Facsimile (206) 260-1420
yale@yalelewislaw.com
Attorney for Petitioner

MASTERS LAW GROUP LLC                              s/ Anthony G. Joseph
Anthony G. Joseph, Esq. (Illinois ARDC No. 6303632)    Anthony G. Joseph
Erin E. Masters, Esq. (Illinois ARDC No. 6283476)
30 N. LaSalle Street, Suite 2250
Chicago, Illinois 60602
Phone : (312) 609-1700
Facsimile : (312) 893-2002
ajoseph@masters-lawgroup.com
Attorney for Petitioner

Goldberg & Jones, PLLC                             /s Robert C. Bennett

Robert C. Bennett                                  Robert C. Bennett
WSBA #28385
1200 Westlake Avenue N. Suite 700
Seattle WA, 98109
Phone (206) 448-1010
Facsimile (206) 448-0736
Attorney for Respondent

ORDER

Based on the parties' stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter without prejudice, and to return all United States passports to the Respondent. All other existing dates and deadlines in this matter are hereby vacated.

IT IS SO ORDERED

    Dated April 01, 2022

                                    _____
                                    Marsha J. Pechman
                                    United States Senior District Judge

Joint Stipulation and Order                         **Law Offices of O. Yale Lewis III**
                   - PAGE 2 OF 2                    11515 36th Ave. NE
                                                    Seattle, WA  98125
                                                    Tel: (206) 223-0840
                                                    Fax: (206) 260-1420
                                                    E-Mail: yale@yalelewislaw.com
                                                    E-Mail: admin@yalelewislaw.com