UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMANTHA SKINDELL,<br><br>**Petitioner**,<br><br>v.<br><br>JUSTIN ROBERT SKINDELL,<br><br>**Respondent**. | No. 3:22-cv-05110-MJP<br><br>JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND ORDER |

NOW COMES PETITIONER, SAMANTHA SKINDELL, and RESPONDENT, JUSTIN ROBERT SKINDELL by and through their respective attorneys, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, respectfully and jointly submit this Stipulation of Dismissal of this action without prejudice, each party to bear his/her own costs and fees. The parties request that the Clerk of Court now close this case and all United States passports be returned to the Respondent.

Dated March 29, 2022.

| | |
|---|---|
| Law Offices of O. Yale Lewis III<br>O. Yale Lewis III<br>WSBA #33768<br>11515 36th Avenue NE<br>Seattle, WA 98125 | s/ O. Yale Lewis III<br>O. Yale Lewis III |

Joint Stipulation and Order                 - PAGE 1 OF 2

**Law Offices of O. Yale Lewis III**
*11515 36th Ave. NE*
*Seattle, WA  98125*
*Tel: (206) 223-0840*
*Fax: (206) 260-1420*
*E-Mail: yale@yalelewislaw.com*
*E-Mail: admin@yalelewislaw.com*

| | |
|---|---|
| Phone (206) 223-0840<br>Facsimile (206) 260-1420<br>yale@yalelewislaw.com<br>Attorney for Petitioner | |
| MASTERS LAW GROUP LLC<br>Anthony G. Joseph, Esq. (Illinois ARDC No. 6303632)<br>Erin E. Masters, Esq. (Illinois ARDC No. 6283476)<br>30 N. LaSalle Street, Suite 2250<br>Chicago, Illinois 60602<br>Phone : (312) 609-1700<br>Facsimile : (312) 893-2002<br>ajoseph@masters-lawgroup.com<br>Attorney for Petitioner | s/ Anthony G. Joseph<br>Anthony G. Joseph |
| Goldberg & Jones, PLLC<br>Robert C. Bennett<br>WSBA #28385<br>1200 Westlake Avenue N. Suite 700<br>Seattle WA, 98109<br>Phone (206) 448-1010<br>Facsimile (206) 448-0736<br>Attorney for Respondent | /s Robert C. Bennett<br>Robert C. Bennett |

## ORDER

Based on the parties' stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter without prejudice, and to return all United States passports to the Respondent. All other existing dates and deadlines in this matter are hereby vacated.

IT IS SO ORDERED

Dated April 04, 2022

Marsha J. Pechman
United States Senior District Judge

Joint Stipulation and Order - PAGE 2 OF 2

**Law Offices of O. Yale Lewis III**
*11515 36th Ave. NE*
*Seattle, WA 98125*
*Tel: (206) 223-0840*
*Fax: (206) 260-1420*
*E-Mail: yale@yalelewislaw.com*
*E-Mail: admin@yalelewislaw.com*